# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146489

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re GWENDOLINE LOUISE STILLWELL
TRUST.

_____

DAVID N. McPHAIL, Trustee of the
Gwendoline Louise Stillwell Trust,
            Petitioner-Appellee,

v

CHRISTINE ANN DUDLEY-MARLING, IAN
DUDLEY-MARLING, and ANNE DUDLEY-
MARLING,
            Respondents-Appellants.

SC: 146489
COA: 307822
Clinton Probate
Ct: 11-027722-TV

_____/

On order of the Court, the application for leave to appeal the November 29, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013

h0617

Clerk